1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TRACIE L. BROWN (184339)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: tracie.brown@usdoj.gov

8  Attorneys for Plaintiff

FILED
APR 2 0 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-0227 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 13, 2010 TO MAY 19, 2010 |
| ADRIAN SUBERCASEAUX, | ) |
| Defendant. | ) |

The defendant, GREGORY REVELLI, represented by Edward Swanson (August Gugelman specially appearing for Mr. Swanson), and the government, represented by Tracie L. Brown, Assistant United States Attorney, appeared before the Court on April 13, 2010 for initial appearance and arraignment. The parties represented that the government had not yet provided discovery that the defense will need to review before the initial District Court appearance. The parties further represented that the next available date on which counsel are both available is May 19, 2010. The parties thus requested a continuance of the matter to that date.

The matter was continued to May 19, 2010 at 2:15 p.m. before the Honorable Charles R.

ORDER EXCLUDING TIME
Case No. CR 10-0227 CRB

1  Breyer for further proceedings. Counsel requested that time be excluded under the Speedy Trial
2  Act between April 13, 2010 and May 19, 2010 in light of counsel's respective schedules and the
3  need to produce and review the discovery.
4        Based upon the representation of counsel and for good cause shown, the Court finds that
5  failing to exclude the time between April 13, 2010 and May 19, 2010 would unreasonably deny
6  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
7  effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
8  § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time
9  between April 13, 2010 and May 19, 2010 from computation under the Speedy Trial Act
10 outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS
11 HEREBY ORDERED that the time between April 13, 2010 and May 19, 2010 shall be excluded
12 from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
13
14
15 DATED: 20 April 2010

THE HON. BERNARD ZIMMERMAN
16                                               United States Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28

ORDER EXCLUDING TIME
Case No. CR 10-0227 CRB       -2-