~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | The Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | RE: | SUBERCASEAUX, Adrian |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 10 0227-1 CRB |
| DATE: | June 8, 2010 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Kenneth J. Gibson                                  415-436-7513
U.S. Pretrial Services Officer                Telephone Number

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**A. The defendant shall surrender all passports and visas forthwith, and shall not apply for any new passports or other travel documents.**

**B. The defendant shall participate in mental health counseling, as directed by Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____                    _____
JUDICIAL OFFICER                                          DATE  8 June 2010

Cover Sheet (06/02/08)